[Dovacate] [District Order Vacating]

ORDERED.

Dated: January 4, 2021

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Total Marketing Concepts, Inc.

_____Debtor*_____/

Case No.
6:20−bk−06544−LVV
Chapter 11

ORDER VACATING ORDER STRIKING AMENDED STATEMENT OF FINANCIAL AFFAIRS

   THIS CASE came on for consideration on the Court's own motion for the purpose of considering the entry of an appropriate order. The Court has considered the record and finds that on December 30, 2020 , this Court erroneously entered an order titled Order Striking Amended Statement of Financial Affairs (Doc. No. 43 ) in the above−captioned case and that the Order Striking Amended Statement of Financial Affairs should, therefore, be vacated. Accordingly, it is

   **ORDERED** that the Order Striking Amended Statement of Financial Affairs is hereby vacated.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.