[Doncn117] [Order Converting Case from Chapter 11 to Chapter 7 Non–Individual]

ORDERED.

Dated: January 8, 2021

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                    Case No.
                                                                          6:20–bk–06544–LVV
                                                                          Chapter 7

Total Marketing Concepts, Inc.

_____Debtor*_____/

### ORDER CONVERTING CASE FROM CHAPTER 11 TO CHAPTER 7

   THIS CASE came on for hearing on January 7, 2021 on the Motion to Convert Case to Chapter 7 (the Motion) under Section 1112 of the Bankruptcy Code or Order to Show Cause (Document No. 28). The Court finds that Debtor is eligible for relief under Chapter 7 of the Bankruptcy Code. Accordingly, it is

   ***ORDERED:***

   1. This case is converted to a case under Chapter 7 of the Bankruptcy Code.

   2. All hearings pending in the Chapter 11 case are cancelled.

   3. Pursuant to Local Rule 4001–1(c)(5), any motion for relief from stay pending as of the date of this order is abated until the movant files an amended motion for relief from stay in the converted case and serves it on the appropriate parties.

   4. Any appointed creditors' committee is dissolved.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

## *NOTICE REGARDING CONVERSION TO CHAPTER 7*

1. The U.S. Trustee has scheduled an additional meeting of creditors pursuant to 11 U.S.C. § 341, for **February 10, 2021** at **11:00 AM**. **The meeting will be held telephonically. Trustee: Emerson C Noble. Call in Number: 877–715–3576. Passcode: 7442658.** Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. The § 341 meeting may be adjourned from time to time without further written notice.

2. The U.S. Trustee has appointed a Chapter 7 Trustee:

Emerson C Noble
Post Office Box 622798
Oviedo, FL 32762–2798

3. The deadline to file a proof of claim is *March 19, 2021*. Creditors who filed a proof of claim prior to the conversion of the case do not need to file a new proof of claim.

4. Within 14 days from the date of the Order Converting the Case, Debtor shall file any unfiled Schedules or Statements required by Fed. R. Bankr. P. 1007 or the case may be dismissed.

5. Within 14 days from the date of the Order Converting Case, as required by Fed. Bankr. P. 1019, Debtor shall file a schedule of debts incurred after the commencement of the case and before the entry of the order of conversion, including the name and address of each holder of a claim. If the case is converted after confirmation of a plan, Debtor shall also file a schedule of all properties acquired after the commencement of the case but before the entry of the order of confirmation, and a schedule of all executory contracts and unexpired leases entered into or assumed after the commencement of the case but before the entry of the conversion order.

6. Within 14 days from the date of the Order Converting Case, Debtor shall pay unpaid filing fees in the amount of and the $15.00 fee for converting the case, if not previously paid. Failure to pay filing fees may result in dismissal of the case or the discharge being withheld. Payment shall be made by cashier's check or money order payable to

Clerk, U.S. Bankruptcy Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

7. Avoid delays. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.