

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/07/2021 10:00 AM

COURTROOM   6C, 6th Floor

**HONORABLE LORI VAUGHAN**

| CASE NUMBER: | FILING DATE: |
|---|---|
| **6:20-bk-06544-LVV           7** | **11/25/2020** |

**Chapter 7**

**DEBTOR:**       Total Marketing Concepts, Inc.

**DEBTOR ATTY:**   Aldo Bartolone

**TRUSTEE:**       Emerson Noble

**HEARING:**

Zoom Hearing
1) Order to Show Cause Why The Case Should Not be Converted to Chapter 7 or a Chapter 11 Trustee Appointed (Doc #28)
Big Elk Funding's Exhibits 1-8 (Doc #56)
2) Amended Motion by Amos Financial, LLC for Relief from Stay Re: Seminole County Real Property. (Doc #45)
3)   Motion by Debtor to Use Cash Collateral (Doc #55)

4) Initial Status Conference
Note:
Schedules filed 12/23 (Doc #37) as directed at hrg 12/17
341 concluded 1/4/21
Case Mgmt Summary (Doc #32)
Pending Application to Employ Aldo G. Bartolone, Jr. and Bartolone Law, PLLC as Attorneys for Debtor Nunc Pro Tunc to                 November 25, 2020; filed 12/23/20 (Doc #33)
Pending Motion for Prospective Relief from Stay;   Filed by Interested Party Direct Energy, LP; filed 1/6/21 (doc #59)
Related Cases:
20-6280 Reel Tyme Marketing Services
18-870 Andrew Dorko, Jr. (Ch 11)

**APPEARANCES:**:
 Aldo Bartolone: Debtor; Miriam Suarez: UST; Dana Kaplan: Amos Financial; Justin Luna & Daniel Velasquez: Big Elk Funding; Kim Israel: Jeremiah Foster, Receiver; Pamela Patterson: Paycor Inc.

 Witness:
Andrew Dorko: Debtor's Owner
Chris Bonavita: Debtor's President

 Evidence:
Big Elk's Exhibits 1 -8 - Judicial Notice Taken.

**RULING:**
Zoom Hearing

1) Order to Show Cause Why The Case Should Not be Converted to Chapter 7 or a Chapter 11 Trustee Appointed   (Doc #28) -Case to be Converted to a Chapter 7; order by Court.

2) Amended Motion by Amos Financial, LLC for Relief from Stay Re: Seminole County Real Property.   (Doc #45) - Granted; order by Kaplan.

3) Motion by Debtor to Use Cash Collateral   (Doc #55) - Denied, order by Court.

(aj)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.